# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   JOHN F WALSH                                         Case No.: 08-06424

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 03/18/2008.

2) This case was confirmed on 05/12/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/01/2011.

6) Number of months from filing to the last payment:  44

7) Number of months case was pending:  45

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    68,825.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 28,116.00 |
| Less amount refunded to debtor | $ 30.84 |
| **NET RECEIPTS** | $ 28,085.16 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,782.93 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,782.93 |
| Attorney fees paid and disclosed by debtor | $ 3,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIA | UNSECURED | 1,015.00 | 1,061.03 | 1,061.03 | 511.95 | .00 |
| MACYS RETAIL HOLDING | UNSECURED | 2,292.00 | 2,372.60 | 2,372.60 | 1,171.45 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | NA | 1,837.88 | 1,837.88 | 907.45 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 10,244.00 | 10,515.09 | 10,515.09 | 5,156.91 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 4,034.00 | 4,136.74 | 4,136.74 | 2,028.78 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 16,178.00 | 12,286.33 | 12,286.33 | 6,066.24 | .00 |
| BENEFICIAL/HOUSEHOLD | OTHER | NA | NA | NA | .00 | .00 |
| EMERGENCY PHYSICIAN | UNSECURED | 197.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 14,252.00 | 14,629.45 | 14,629.45 | 7,223.14 | .00 |
| CHASE BANK USA | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 265.00 | 265.79 | 265.79 | 124.22 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,638.00 | 2,697.43 | 2,697.43 | 1,331.83 | .00 |
| GE MONEY BANK | OTHER | NA | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 198.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 441.00 | 441.49 | 441.49 | 216.52 | .00 |
| MACYS | OTHER | NA | NA | NA | .00 | .00 |
| UIC MEDICL CENTER AT | UNSECURED | 1,242.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 503.00 | 548.87 | 548.87 | 262.84 | .00 |
| NORTHLAND GROUP | OTHER | NA | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | OTHER | NA | NA | NA | .00 | .00 |
| VISDSNB | UNSECURED | 1,768.00 | NA | NA | .00 | .00 |
| MACYS VISA | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,431.00 | 2,508.34 | 2,508.34 | 1,238.48 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Scheduled Creditors:

 Creditor                        Claim           Claim          Claim       Principal         Int.
   Name            Class       Scheduled        Asserted       Allowed        Paid           Paid

 WELLS FARGO FINANCIA  OTHER           NA             NA             NA            .00            .00
 WELLS FARGO FINANCIA  OTHER           NA             NA             NA            .00            .00
 ROUNDUP FUNDING LLC   UNSECURED    93.00         137.13         137.13          62.42           .00
 WFNNB/POTTERY BARN    OTHER           NA             NA             NA            .00            .00
 COUNTRYWIDE HOME LOA  SECURED  117,920.00           .00            .00            .00            .00
 COUNTRYWIDE HOME LOA  SECURED          NA            .00            .00            .00            .00
 COUNTRYWIDE HOME LOA  SECURED   58,385.00           .00            .00            .00            .00
 COUNTRYWIDE HOME LOA  SECURED          NA            .00            .00            .00            .00
 COUNTRYWIDE HOME LOA  UNSECURED 27,305.00            NA             NA            .00            .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 53,438.17 | 26,302.23 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,782.93 |
| Disbursements to Creditors | $ | 26,302.23 |
| **TOTAL DISBURSEMENTS:** | $ | 28,085.16 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   12/21/2011                        /s/ Tom  Vaughn
                                           Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**