# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
JOHN F WALSH § Case No. 08-06424
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 03/18/2008 . The case was converted to one under Chapter 7 on 12/01/2011 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 80,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 24.27 |
| Bank service fees | | 1,298.43 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 78,677.30 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  06/12/2014  and the deadline for filing governmental claims was  09/14/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 7,250.00 , for a total compensation of $ 7,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/22/2017                    By: /s/CATHERINE STEEGE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 08-06424 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | JOHN F WALSH | | | | Date Filed (f) or Converted (c): | 12/01/2011 (c) |
| | | | | | 341(a) Meeting Date: | 01/19/2012 |
| For Period Ending: | 08/22/2017 | | | | Claims Bar Date: | 06/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6030 N. Sheridan Road, Unit 1305, Chicago, IL | 149,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - Fifth Third Bank | 35.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account - Fifth Third Bank | 240.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. CD Collection | 200.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 8. IRA Account | 52,000.00 | 0.00 | | 0.00 | FA |
| 9. Judgment Amount (u) | 0.00 | 339,010.28 | | 80,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $202,825.00   $339,010.28   $80,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reopened case to collect undisclosed judgment.
Court approved settlement of dispute over judgment on 6/8/16 [Dkt 91].

7/1/2017

RE PROP #   5   --   Furniture Television, Stereo, Computer System (5 yrs old)
RE PROP #   8   --   Wachovia 401K through employer

Initial Projected Date of Final Report (TFR): 06/30/2014     Current Projected Date of Final Report (TFR): 07/31/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-06424 | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | JOHN F WALSH | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX7770 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4016 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/22/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/16 | 9 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>CLIENT TRUST FUND IOLTA<br>321 N. CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | SETTLEMENT RE JUDGMENT | 1249-000 | $80,000.00 | | $80,000.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.85 | $79,973.15 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.87 | $79,854.28 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.90 | $79,739.38 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.55 | $79,620.83 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.56 | $79,506.27 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.20 | $79,388.07 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.04 | $79,270.03 |
| 02/13/17 | 101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PAYMENT Reversal Did not realize until after checks were run that case calculation/percentage of bond disbursement included a case that TFR has been filed. Recalculation after removing that case resulted in increased bond premium for remaining cases. Voided checks and ran new checks with correct bond premium payments. | 2300-000 | | ($24.00) | $79,294.03 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 08-06424 | Trustee Name: | CATHERINE STEEGE |
| Case Name: JOHN F WALSH | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX7770 |
| | | Checking |
| Taxpayer ID No: XX-XXX4016 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/17 | 101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $24.00 | $79,270.03 |
| 02/13/17 | 102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $24.27 | $79,245.76 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $106.44 | $79,139.32 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.66 | $79,021.66 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.70 | $78,907.96 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.30 | $78,790.66 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.36 | $78,677.30 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $80,000.00 | $1,322.70 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $80,000.00 | $1,322.70 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $80,000.00 | $1,322.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $0.00      $616.73

Exhibit B

| | TOTAL OF ALL ACCOUNTS | | | |
| --- | --- | --- | --- | --- |
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX7770 - Checking | | $80,000.00 | $1,322.70 | $78,677.30 |
| | | $80,000.00 | $1,322.70 | $78,677.30 |
| | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
| --- | --- |
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $80,000.00 |
| Total Gross Receipts: | $80,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:08-06424-JPC  
Debtor Name: JOHN F WALSH  
Claims Bar Date: 6/12/2014  
Date: August 22, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | CATHERINE STEEGE<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $7,250.00 | $7,250.00 |
| 100 3110 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $67,000.00 | $67,000.00 |
| 100 3120 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,645.29 | $1,654.29 |
| 1 300 7100 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK NJ 07193-5480 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/26/2008<br>$2,697.43 Original Claim<br>$1,331.83 Chapter 13 Payment<br>Balance Allowed: $1,365.60 | $0.00 | $2,697.43 | $1,365.60 |
| 2 300 7100 | WELLS FARGO FINANCIAL ILLINOIS INC<br>4137 121ST STREET<br>URBANDALE IA 50323 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/28/2008<br>$1,061.03 Original Claim<br>$ 511.95 Chapter 13 Payment<br>Balance Allowed: $549.08 | $0.00 | $1,061.03 | $549.08 |
| 3 300 7100 | MACYS RETAIL HOLDINGS, INC.<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/28/2008<br>$2,372.60 Original Claim<br>$1,171.45 Chapter 13 Payment<br>Balance Allowed: $1,201.15 | $0.00 | $2,372.60 | $1,201.15 |
| 4 300 7100 | FDS BANK/VISA<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/28/2008<br>$1,837.88 Original Claim<br>$ 907.45 Chapter 13 Payment<br>Balance Allowed: $930.43 | $0.00 | $1,837.88 | $930.43 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:08-06424-JPC  
Debtor Name: JOHN F WALSH  
Claims Bar Date: 6/12/2014  

Date: August 22, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | ECAST SETTLEMENT CORPORATION POB 35480 NEWARK NJ 07193-5480 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/01/2008 $2,508.34 Original Claim $1,238.48 Chapter 13 Payment Balance Allowed: $1,269.86 | $0.00 | $2,508.34 | $1,269.86 |
| 6 300 7100 | EAST BAY FUNDING, LLC C/O RESURGENT CAPITAL SERVICES PO BOX 288 GREENVILLE, SC 29603 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/08/2008 $548.87 Original Claim $262.84 Chapter 13 Payment Balance Allowed: $286.03 | $0.00 | $548.87 | $286.03 |
| 7 300 7100 | EAST BAY FUNDING, LLC C/O RESURGENT CAPITAL SERVICES PO BOX 288 GREENVILLE, SC 29603 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/22/2008 $137.13 Original Claim $ 62.42 Chapter 13 Payment Balance Allowed: $74.71 | $0.00 | $137.13 | $74.71 |
| 8 300 7100 | HOUSEHOLD FINANCE CORPORATION BENEFICIAL BY ECAST SETTLEMENT CORPORATION AS ITS AGENT POB 35480 NEWARK NJ 07193-5480 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/06/2008 $12,286.33 Original Claim $ 6,066.24 Chapter 13 Payment Balance Allowed: $6,220.09 | $16,178.00 | $12,286.33 | $6,220.09 |
| 9 300 7100 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CITIBANK USA NA HOME DEPOT POB 35480 NEWARK NJ 07193-5480 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/14/2008 $265.79 Original Claim $124.22 Chapter 13 Payment Balance Allowed: $141.57 | $0.00 | $265.79 | $141.57 |
| 10 300 7100 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE MONEY BANK LOWES CONSUMER POB 35480 NEWARK NJ 07193-5480 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/04/2008 $441.49 Original Claim $216.52 Chapter 13 Payment Balance Allowed: $224.97 | $0.00 | $441.49 | $224.97 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:08-06424-JPC  
Debtor Name: JOHN F WALSH  
Claims Bar Date: 6/12/2014  

Date: August 22, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11<br>300<br>7100 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK NJ 07193-5480 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/20/2008<br><br>$14,629.45 Original Claim<br>$ 7,223.14 Chapter 13 Payment<br><br>Balance Allowed: $7,406.31 | $0.00 | $14,629.45 | $7,406.31 |
| 12<br>300<br>7100 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF FIA CARD SERVICES AKA BANK OF AMERICA<br>POB 35480<br>NEWARK NJ 07193-5480 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/25/2008<br><br>$4,136.74 Original Claim<br>$2,028.78 Chapter 13 Payment<br><br>Balance Allowed: $2,107.96 | $0.00 | $4,136.74 | $2,107.96 |
| 13<br>300<br>7100 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO FIA CARD SERVICES AKA BANK OF AMERICA<br>POB 35480<br>NEWARK NJ 07193-5480 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/25/2008<br><br>$10,515.09 Original Claim<br>$ 5,156.91 Chapter 13 Payment<br><br>Balance Allowed: $5,358.18 | $0.00 | $10,515.09 | $5,358.18 |
| 14<br>300<br>7100 | THE BANK OF NEW YORK FKA THE BANK OF NEW YORK<br>C/O ROBERTSON ANSCHUTZ & SCHNEID, PL<br>3010 N. MILITARY TRAIL, STE. 300<br>BOCA RATON, FL 33431 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/10/2011 | $0.00 | $0.00 | $0.00 |
| 999<br>2300 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $24.27 | $24.27 |
| | Case Totals | | | $16,178.00 | $129,357.73 | $103,064.50 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-06424
Case Name: JOHN F WALSH
Trustee Name: CATHERINE STEEGE

Balance on hand $ 78,677.30

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 7,250.00 | $ 0.00 | $ 7,250.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 67,000.00 | $ 0.00 | $ 67,000.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 1,654.29 | $ 0.00 | $ 1,654.29 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 24.27 | $ 24.27 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $      75,904.29
Remaining Balance                                         $       2,773.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 27,135.94 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ECAST SETTLEMENT CORPORATION | $ 1,365.60 | $ 0.00 | $ 139.55 |
| 2 | WELLS FARGO FINANCIAL ILLINOIS INC | $ 549.08 | $ 0.00 | $ 56.11 |
| 3 | MACYS RETAIL HOLDINGS, INC. | $ 1,201.15 | $ 0.00 | $ 122.75 |
| 4 | FDS BANK/VISA | $ 930.43 | $ 0.00 | $ 95.08 |
| 5 | ECAST SETTLEMENT CORPORATION | $ 1,269.86 | $ 0.00 | $ 129.77 |
| 6 | EAST BAY FUNDING, LLC | $ 286.03 | $ 0.00 | $ 29.23 |
| 7 | EAST BAY FUNDING, LLC | $ 74.71 | $ 0.00 | $ 7.63 |
| 8 | HOUSEHOLD FINANCE CORPORATION BENEFICIAL | $ 6,220.09 | $ 0.00 | $ 635.63 |
| 9 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | $ 141.57 | $ 0.00 | $ 14.47 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | $ 224.97 | $ 0.00 | $ 22.99 |
| 11 | ECAST SETTLEMENT CORPORATION | $ 7,406.31 | $ 0.00 | $ 756.85 |
| 12 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | $ 2,107.96 | $ 0.00 | $ 215.41 |
| 13 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO | $ 5,358.18 | $ 0.00 | $ 547.54 |
| 14 | THE BANK OF NEW YORK | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     2,773.01

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*