# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
  §
JOHN F WALSH § Case No. 08-06424
  §
  Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on Thursday, September 14, 2017, in Courtroom 680, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/23/2017     By: /s/ Catherine Steege
                                 Trustee


CATHERINE STEEGE
JENNER & BLOCK
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL 60654-3456

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JOHN F WALSH § Case No. 08-06424
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 80,000.00 |
| and approved disbursements of | $ | 1,322.70 |
| leaving a balance on hand of[1] | $ | 78,677.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 7,250.00 | $ 0.00 | $ 7,250.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 67,000.00 | $ 0.00 | $ 67,000.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 1,654.29 | $ 0.00 | $ 1,654.29 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 24.27 | $ 24.27 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 75,904.29 |
| Remaining Balance | | $ | 2,773.01 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,135.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ECAST SETTLEMENT CORPORATION | $ 1,365.60 | $ 0.00 | $ 139.55 |
| 2 | WELLS FARGO FINANCIAL ILLINOIS INC | $ 549.08 | $ 0.00 | $ 56.11 |
| 3 | MACYS RETAIL HOLDINGS, INC. | $ 1,201.15 | $ 0.00 | $ 122.75 |
| 4 | FDS BANK/VISA | $ 930.43 | $ 0.00 | $ 95.08 |
| 5 | ECAST SETTLEMENT CORPORATION | $ 1,269.86 | $ 0.00 | $ 129.77 |
| 6 | EAST BAY FUNDING, LLC | $ 286.03 | $ 0.00 | $ 29.23 |
| 7 | EAST BAY FUNDING, LLC | $ 74.71 | $ 0.00 | $ 7.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | HOUSEHOLD FINANCE CORPORATION BENEFICIAL | $ 6,220.09 | $ 0.00 | $ 635.63 |
| 9 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | $ 141.57 | $ 0.00 | $ 14.47 |
| 10 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | $ 224.97 | $ 0.00 | $ 22.99 |
| 11 | ECAST SETTLEMENT CORPORATION | $ 7,406.31 | $ 0.00 | $ 756.85 |
| 12 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | $ 2,107.96 | $ 0.00 | $ 215.41 |
| 13 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO | $ 5,358.18 | $ 0.00 | $ 547.54 |
| 14 | THE BANK OF NEW YORK | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,773.01 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Catherine Steege
  Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
John F Walsh
    Debtor

Case No. 08-06424-JPC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 1     Date Rcvd: Aug 24, 2017
                       Form ID: pdf006    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
```
db            +John F Walsh,    6030 N. Sheridan Road,   Unit 1305,    Chicago, IL 60660-2939
12091143       FDS BANK/VISA,    TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA 31902-0137
12210850       Household Finance Corporation Beneficial,    by eCAST Settlement Corporation,   as its agent,
                POB 35480,   Newark NJ 07193-5480
12091142       MACYS RETAIL HOLDINGS, INC.,    TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA 31902-0137
18157998      +The Bank Of New York,    FKA The Bank of New York,    c/o Robertson Anschutz & Schneid, PL,
                3010 N. Military Trail, Ste. 300,    Boca Raton, FL 33431-6393
12090082      +Wells Fargo Financial Illinois Inc,    4137 121st Street,    Urbandale IA 50323-2310
12556885       eCAST Settlement Corporation,    POB 35480,   Newark NJ 07193-5480
12234250       eCAST Settlement Corporation assignee of,    Citibank USA NA HOME DEPOT,    POB 35480,
                Newark NJ 07193-5480
12358657       eCAST Settlement Corporation assignee of,    FIA Card Services aka Bank of America,    POB 35480,
                Newark NJ 07193-5480
12295019       eCAST Settlement Corporation assignee of,    GE Money Bank Lowes Consumer,    POB 35480,
                Newark NJ 07193-5480
12358658       eCAST Settlement Corporation successor to,    FIA Card Services aka Bank of America,    POB 35480,
                Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18260520      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2017 00:29:27
                East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                Greenville, SC 29602-0288
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13453145*       eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
```
          Andrew J Nelson    on behalf of Creditor    M&T Mortgage Corporation anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Angela M Allen    on behalf of Defendant Catherine  Steege, not individually but as the Chapter 7
           trustee of the Estate of John F Walsh aallen@jenner.com
          Catherine L Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
           docketing@jenner.com
          Catherine L Steege, ESQ    on behalf of Defendant Catherine  Steege, not individually but as the
           Chapter 7 trustee of the Estate of John F Walsh csteege@jenner.com,    docketing@jenner.com
          Catherine L. Steege, ESQ    csteege@jenner.com,    csteege@ecf.epiqsystems.com
          Miriam R. Stein    on behalf of Plaintiff    Sixty Thirty Condominium Association, an Illinois not
           for Profit Corporation mstein@chuhak.com,    dgeorge@chuhak.com;vjefferson@chuhak.com
          Miriam R. Stein    on behalf of Interested Party    Sixty Thirty Condominium Association
           mstein@chuhak.com,    dgeorge@chuhak.com;vjefferson@chuhak.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard S Ralston    on behalf of Creditor    World Financial Network National Bank
           richardr@w-legal.com,    chapter-13@w-legal.com
          Toni  Townsend    on behalf of Creditor    M&T Mortgage Corporation toni.townsend@mccalla.com,
           northerndistrict@mccalla.com
                                                                                              TOTAL: 10
```