# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
                                      §
JOHN F WALSH                          §    Case No. 08-06424
                                      §
                                      §
         Debtor                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 134,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 68,825.00 |
| Total Distributions to Claimants: 2,773.01 | Claims Discharged<br>Without Payment: 242,280.93 |
| Total Expenses of Administration: 77,226.99 | |

3) Total gross receipts of $ 80,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 80,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 176,305.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 145,872.28 | 145,881.28 | 77,226.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,791.00 | 53,438.17 | 27,135.94 | 2,773.01 |
| **TOTAL DISBURSEMENTS** | $ 234,096.00 | $ 199,310.45 | $ 173,017.22 | $ 80,000.00 |

  4)  This case was originally filed under chapteron  03/18/2008 , and it was converted to chapter 7 on  12/01/2011 .  The case was pending for 75 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  01/30/2018           By:/s/CATHERINE STEEGE, TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Judgment Amount | 1249-000 | 80,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 80,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending Attn: Bankr. Dept. Po Box 5170 Simi Valley, CA 93062 | | 58,385.00 | NA | NA | 0.00 |
| | Countrywide Home Lending Attn: Bankr. Dept. Po Box 5170 Simi Valley, CA 93062 | | 117,920.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 176,305.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| TRUSTEE CATHERINE STEEGE | 2100-000 | NA | 7,250.00 | 7,250.00 | 7,250.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 24.27 | 24.27 | 24.27 |
| Associated Bank | 2600-000 | NA | 1,298.43 | 1,298.43 | 1,298.43 |
| JENNER & BLOCK LLP | 3110-000 | NA | 134,000.00 | 134,000.00 | 67,000.00 |
| JENNER & BLOCK LLP | 3120-000 | NA | 3,299.58 | 3,308.58 | 1,654.29 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 145,872.28 | $ 145,881.28 | $ 77,226.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 10,244.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15027 Wilmington, DE 19850-5027 | | 4,034.00 | NA | NA | 0.00 |
| | Cda/pontiac 415 E Main Pob 213 Streator, IL 61364 | | 197.00 | NA | NA | 0.00 |
| | Chase Chase CC Srvs/Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | 14,252.00 | NA | NA | 0.00 |
| | Citibank Usa Credit Services, Attn.: Centra Po Box 20507 Kansas City, MO 64195 | | 265.00 | NA | NA | 0.00 |
| | Gemb/abt Tv Po Box 981439 El Paso, TX 79998 | | 2,638.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot PO Box 689100 Des Moines, IA 50368-9100 | | 198.00 | NA | NA | 0.00 |
| | Lowes / MBGA Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 441.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 2,292.00 | NA | NA | 0.00 |
| | Nationwide Credit & Collection, Inc 9919 Roosevelt Rd. Westchester, IL 60154 | | 1,242.00 | NA | NA | 0.00 |
| | Representing: Beneficial / Household Finance | | 0.00 | NA | NA | 0.00 |
| | Representing: Chase | | 0.00 | NA | NA | 0.00 |
| | Representing: Gemb/abt Tv | | 0.00 | NA | NA | 0.00 |
| | Representing: Mcydsnb | | 0.00 | NA | NA | 0.00 |
| | Representing: Target | | 0.00 | NA | NA | 0.00 |
| | Representing: Target | | 0.00 | NA | NA | 0.00 |
| | Representing: Visdsnb | | 0.00 | NA | NA | 0.00 |
| | Representing: Wells Fargo | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Wffinancial | | 0.00 | NA | NA | 0.00 |
| | Representing: Wfnnb/pottery Barn | | 0.00 | NA | NA | 0.00 |
| | Target Po Box 9475 Minneapolis, MN 55459 | | 503.00 | NA | NA | 0.00 |
| | Visdsnb 9111 Duke Blvd Mason, OH 45040 | | 1,768.00 | NA | NA | 0.00 |
| | Wells Fargo CCG Collection Servicing 1 Home Campus Des Moines, IA 50328 | | 2,431.00 | NA | NA | 0.00 |
| | Wffinancial 9620 S. Roberts Ro Hickory Hills, IL 60457 | | 1,015.00 | NA | NA | 0.00 |
| | Wfnnb/pottery Barn Po Box 182273 Columbus, OH 43218-2125 | | 93.00 | NA | NA | 0.00 |
| 6 | EAST BAY FUNDING, LLC | 7100-000 | NA | 548.87 | 286.03 | 29.23 |
| 7 | EAST BAY FUNDING, LLC | 7100-000 | NA | 137.13 | 74.71 | 7.63 |
| 1 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 2,697.43 | 1,365.60 | 139.55 |
| 11 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 14,629.45 | 7,406.31 | 756.85 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 2,508.34 | 1,269.86 | 129.77 |
| 10 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | 7100-000 | NA | 441.49 | 224.97 | 22.99 |
| 12 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | 7100-000 | NA | 4,136.74 | 2,107.96 | 215.41 |
| 9 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | 7100-000 | NA | 265.79 | 141.57 | 14.47 |
| 13 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO | 7100-000 | NA | 10,515.09 | 5,358.18 | 547.54 |
| 4 | FDS BANK/VISA | 7100-000 | NA | 1,837.88 | 930.43 | 95.08 |
| 8 | HOUSEHOLD FINANCE CORPORATION BENEFICIAL | 7100-000 | 16,178.00 | 12,286.33 | 6,220.09 | 635.63 |
| 3 | MACYS RETAIL HOLDINGS, INC. | 7100-000 | NA | 2,372.60 | 1,201.15 | 122.75 |
| 14 | THE BANK OF NEW YORK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 2 | WELLS FARGO FINANCIAL ILLINOIS INC | 7100-001 | NA | 1,061.03 | 549.08 | 56.11 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 57,791.00 | $ 53,438.17 | $ 27,135.94 | $ 2,773.01 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 08-06424 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JOHN F WALSH | | | | Date Filed (f) or Converted (c): | 12/01/2011 (c) |
| | | | | | 341(a) Meeting Date: | 01/19/2012 |
| For Period Ending: | 01/30/2018 | | | | Claims Bar Date: | 06/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6030 N. Sheridan Road, Unit 1305, Chicago, IL | 149,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - Fifth Third Bank | 35.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account - Fifth Third Bank | 240.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. CD Collection | 200.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 8. IRA Account | 52,000.00 | 0.00 | | 0.00 | FA |
| 9. Judgment Amount (u) | 0.00 | 339,010.28 | | 80,000.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)       $202,825.00       $339,010.28       $80,000.00       $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reopened case to collect undisclosed judgment.
Court approved settlement of dispute over judgment on 6/8/16 [Dkt 91].

7/1/2017

| RE PROP # | 5 | -- | Furniture Television, Stereo, Computer System (5 yrs old) |
| RE PROP # | 8 | -- | Wachovia 401K through employer |

Initial Projected Date of Final Report (TFR): 06/30/2014      Current Projected Date of Final Report (TFR): 07/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-06424 | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
| Case Name: | JOHN F WALSH | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX7770 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4016 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/16 | 9 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>CLIENT TRUST FUND IOLTA<br>321 N. CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | SETTLEMENT RE JUDGMENT | 1249-000 | $80,000.00 | | $80,000.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.85 | $79,973.15 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.87 | $79,854.28 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.90 | $79,739.38 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.55 | $79,620.83 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.56 | $79,506.27 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.20 | $79,388.07 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.04 | $79,270.03 |
| 02/13/17 | 101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | BOND PAYMENT Reversal Did not realize until after checks were run that case calculation/percentage of bond disbursement included a case that TFR has been filed. Recalculation after removing that case resulted in increased bond premium for remaining cases. Voided checks and ran new checks with correct bond premium payments. | 2300-000 | | ($24.00) | $79,294.03 |

Page Subtotals: $80,000.00   $705.97

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-06424 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: JOHN F WALSH | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7770 |
| | Checking |
| Taxpayer ID No: XX-XXX4016 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/17 | 101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PAYMENT | | 2300-000 | | $24.00 | $79,270.03 |
| 02/13/17 | 102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PAYMENT | | 2300-000 | | $24.27 | $79,245.76 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $106.44 | $79,139.32 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $117.66 | $79,021.66 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $113.70 | $78,907.96 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $117.30 | $78,790.66 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $113.36 | $78,677.30 |
| 09/15/17 | 103 | TRUSTEE CATHERINE STEEGE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | | 2100-000 | | $7,250.00 | $71,427.30 |
| 09/15/17 | 104 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | | | | $68,654.29 | $2,773.01 |
| | | JENNER & BLOCK LLP | FINAL DISTRIBUTION | ($67,000.00) | 3110-000 | | | |
| | | JENNER & BLOCK LLP | FINAL DISTRIBUTION | ($1,654.29) | 3120-000 | | | |
| 09/15/17 | 105 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK NJ 07193-5480 | FINAL DISTRIBUTION | | 7100-000 | | $139.55 | $2,633.46 |

| | | | | Page Subtotals: | $0.00 | $76,660.57 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-06424 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: JOHN F WALSH | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7770 |
| | Checking |
| Taxpayer ID No: XX-XXX4016 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/17 | 106 | WELLS FARGO FINANCIAL ILLINOIS INC<br>4137 121ST STREET<br>URBANDALE IA 50323 | FINAL DISTRIBUTION | 7100-000 | | $56.11 | $2,577.35 |
| 09/15/17 | 107 | MACYS RETAIL HOLDINGS, INC.<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | FINAL DISTRIBUTION | 7100-000 | | $122.75 | $2,454.60 |
| 09/15/17 | 108 | FDS BANK/VISA<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | FINAL DISTRIBUTION | 7100-000 | | $95.08 | $2,359.52 |
| 09/15/17 | 109 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK NJ 07193-5480 | FINAL DISTRIBUTION | 7100-000 | | $129.77 | $2,229.75 |
| 09/15/17 | 110 | EAST BAY FUNDING, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC 29603 | FINAL DISTRIBUTION | 7100-000 | | $29.23 | $2,200.52 |
| 09/15/17 | 111 | EAST BAY FUNDING, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC 29603 | FINAL DISTRIBUTION | 7100-000 | | $7.63 | $2,192.89 |
| 09/15/17 | 112 | HOUSEHOLD FINANCE CORPORATION<br>BENEFICIAL<br>BY ECAST SETTLEMENT<br>CORPORATION<br>AS ITS AGENT<br>POB 35480<br>NEWARK NJ 07193-5480 | FINAL DISTRIBUTION | 7100-000 | | $635.63 | $1,557.26 |
| 09/15/17 | 113 | ECAST SETTLEMENT CORPORATION<br>ASSIGNEE OF<br>CITIBANK USA NA HOME DEPOT<br>POB 35480<br>NEWARK NJ 07193-5480 | FINAL DISTRIBUTION | 7100-000 | | $14.47 | $1,542.79 |

Page Subtotals: $0.00   $1,090.67

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-06424 | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | JOHN F WALSH | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX7770 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4016 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/17 | 114 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE MONEY BANK LOWES CONSUMER POB 35480 NEWARK NJ 07193-5480 | FINAL DISTRIBUTION | 7100-000 | | $22.99 | $1,519.80 |
| 09/15/17 | 115 | ECAST SETTLEMENT CORPORATION POB 35480 NEWARK NJ 07193-5480 | FINAL DISTRIBUTION | 7100-000 | | $756.85 | $762.95 |
| 09/15/17 | 116 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF FIA CARD SERVICES AKA BANK OF AMERICA POB 35480 NEWARK NJ 07193-5480 | FINAL DISTRIBUTION | 7100-000 | | $215.41 | $547.54 |
| 09/15/17 | 117 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO FIA CARD SERVICES AKA BANK OF AMERICA POB 35480 NEWARK NJ 07193-5480 | FINAL DISTRIBUTION | 7100-000 | | $547.54 | $0.00 |
| 11/03/17 | 106 | WELLS FARGO FINANCIAL ILLINOIS INC 4137 121ST STREET URBANDALE IA 50323 | FINAL DISTRIBUTION Reversal Check returned by creditor - unable to process due to closed account | 7100-000 | | ($56.11) | $56.11 |
| 11/03/17 | 118 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $56.11 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $80,000.00 | $80,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $80,000.00 | $80,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $80,000.00 | $80,000.00 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $0.00 | $1,542.79 |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7770 - Checking | $80,000.00 | $80,000.00 | $0.00 |
|  | $80,000.00 | $80,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $80,000.00 |
| Total Gross Receipts: | $80,000.00 |

Page Subtotals:                                     $0.00           $0.00